UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) |
| Plaintiff, | ) Case No: |
| v. | ) ) |
| UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for the Center for Biological Diversity, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Center for Biological Diversity which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: _____December, 2006.

_____
William J. Snape, III (DC Bar # 455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Telephone: (202) 537-3458, (202) 536-9351
Email: bsnape@biologicaldiversity.org
       billsnape@earthlink.net

Miyoko Sakashita (CA Bar # 239639)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Fax: (415) 436-9683
Email: miyoko@biologicaldiversity.org
*Pro hac vice* (application pending)


Attorneys of Record for
Center for Biological Diversity