UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>**UNITED STATES FISH AND WILDLIFE SERVICE,** *et al.*, )<br>)<br>Defendants. )<br>)<br>_____ ) | **FILED**<br>DEC 19 2006<br>NANCY MAYER WHITTINGTON, CLERK<br><br>CASE NUMBER 1:06CV02151<br>JUDGE: Rosemary M. Collyer<br>DECK TYPE: Administrative Agency Rev<br>DATE STAMP: 12/19/2006 |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Plaintiff respectfully moves the court to admit Miyoko Sakashita *pro hac vice* in the above captioned matter.

Miyoko Sakashita is a member in good standing of the Bar of the State of California (CA Bar # 239639). Ms. Sakashita is also a member in good standing and eligible to practice before the United States Court of Appeals for the Ninth Circuit and the United States District Court for the District of Northern California. See Declaration of Miyoko Sakashita, attached as Exhibit A.

Miyoko Sakashita has never been disciplined by any bar. Id.

Miyoko Sakashita has not been admitted to practice *pro hac vice* before in the United States District Court for the District of Columbia in the past two years. Id.

Miyoko Sakashita is familiar with the rules of this court, the facts of this case, and the pleadings of this case. Id. If permitted to appear on behalf of Plaintiff, Miyoko Sakashita will be associated with the undersigned William Snape, who is an active

member in good standing of the Bar of this Court. William Snape will participate in the preparation and trial of this case to the extent required by the Court.

For the reasons set forth, I respectfully request that the Court grant this motion for Miyoko Sakashita to appear *pro hac vice* in all matters in this case.

Dated: December 19th, 2006.

Respectfully submitted,

William J. Snape, III (DC Bar # 455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Telephone: (202) 537-3458, (202) 536-9351
Email: bsnape@biologicaldiversity.org
       billsnape@earthlink.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　Plaintiff,<br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*,<br><br>　Defendants. | )<br>)<br>)<br>)<br>) Case No:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF MIYOKO SAKASHITA
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, CARI MIYOKO SAKASHITA, declare as follows:

　　1. I am a member in good standing of the Bar of the State of California (CA Bar # 239639). I am also a member in good standing and eligible to practice before the United States Court of Appeals for the Ninth Circuit, and the United States District Court for the District of Northern California.

　　2. I have not been disciplined by any bar.

　　3. I have not been admitted to practice before the United States District Court for the District of Columbia *pro hac vice* in the past two years.

　　4. I am familiar with the facts and issues presented in the above captioned case. I have read and understand the local rules of this Court.

　　5. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify as such under oath. As to

matters which reflect a matter of opinion, they reflect my personal opinion and judgment on the matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2006 in San Francisco, California.

Respectfully submitted,

Miyoko Sakashita (CA Bar # 239639)
CENTER FOR BIOLOGICAL DIVERSITY
San Francisco Bay Area Office
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel. 415-436-9682 x 308
Fax 415-436-9683
miyoko@biologicaldiversity.org