UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No: 1:06CV02151 (RMC) |
| v. | )<br>) |
| **UNITED STATES FISH AND WILDLIFE SERVICE,** *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that, on December 20, 2006, I served the following documents:

1. COMPLAINT

2. SUMMONS

3. CERTIFICATE REQUIRED BY LCvR 7.1

4. MAGISTRATE CONSENT FORM

5. ELECTRONIC CASE FILING ORDER

6. ELECTRONIC CASE FILING REGISTRATION

7. MOTION FOR ADMISSION PRO HAC VICE

8. DECLARATION OF MIYOKO SAKASHITA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

9. PROPOSED ORDER

on the following:

| | |
|---|---|
| Dirk Kempthorne<br>Secretary of the Interior<br>1849 C Street, NW<br>Washington, D.C. 20240 | Mr. H. Dale Hall, Director<br>United States Fish and Wildlife Service<br>1849 C Street, NW, Room 3256<br>MailStop 3238 MIB<br>Washington, DC 20240-0001 |

CERTIFICATE OF SERVICE                    1

|  |  |
|---|---|
| Alberto R. Gonzales, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Jeffrey A. Taylor<br>United States Attorney for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 |

by mailing a true copy of each document enclosed in a sealed envelope and sent via

United States certified mail with return receipt.  Attached to this Certificate are copies of

the summonses (Ex. A) and copies of the certified mail and return receipts (Ex. B).

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2007 in San Francisco, California.

                                                       Respectfully submitted,

                                                      /s/ Miyoko Sakashita
                                                Miyoko Sakashita (CA Bar #239639)
                                                *Pro hac vice*
                                                CENTER FOR BIOLOGICAL DIVERSITY
                                                San Francisco Bay Area Office
                                                1095 Market Street, Suite 511
                                                San Francisco, CA 94103
                                                Tel: 415-436-9682
                                                Fax: 415-436-9683
                                                Email:miyoko@biologicaldiversity.org

                                                /s/ William J. Snape, III   (by MS with consent)
                                                William J. Snape, III (DC Bar # 455266)
                                                CENTER FOR BIOLOGICAL DIVERSITY
                                                5268 Watson Street, NW
                                                Washington, DC 20016
                                                Telephone: (202) 537-3458, (202) 536-9351
                                                Email: bsnape@biologicaldiversity.org
                                                             billsnape@earthlink.net

                                                Attorneys for Plaintiff

CERTIFICATE OF SERVICE            2

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia



CENTER FOR BIOLOGICAL DIVERSITY

**SUMMONS IN A CIVIL CASE**

V.

DIRK KEMPTHORNE, Secretary of the Department of Interior, UNITED STATES FISH AND WILDLIFE SERVICE

CASE NUMBER   1:06CV02151

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/19/2006

TO: (Name and address of Defendant)

Dirk Kempthorne
Secretary of the Interior
1849 C. Street, NW
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Snape, III
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Email: bsnape@biologicaldiversity.org, billsnape@earthlink.net

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            DEC 1 9 2006

CLERK                                  DATE

*[signature] Janttti Stewart-Cureh*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/20/2006 |
| NAME OF SERVER (PRINT) Miyoko Sakashita | TITLE Staff Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  US Certified Mail & Return Receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec. 20, 2006  　　_[signature]_
　　　　　　　　Date　　　　　　　Signature of Server

1095 Market St. #511, San Francisco, CA 94103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COPY

CENTER FOR BIOLOGICAL DIVERSITY

**SUMMONS IN A CIVIL CASE**

V.

DIRK KEMPTHORNE, Secretary of the
Department of Interior, UNITED STATES
FISH AND WILDLIFE SERVICE

CASE NUMBER   1:06CV02151

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/19/2006

TO: (Name and address of Defendant)

Dale Hall, Director
United States Fish and Wildlife Service
1849 C Street, NW, Room 3256
Mailstop 3238 MIB
Washington, DC 20240-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Snape, III
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Email: bsnape@biologicaldiversity.org, billsnape@earthlink.net

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON             DEC 19 2006

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/20/2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Miyoko Sakashita | Staff Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): __Certified mail and return receipt requested.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __Dec. 20, 2006__    __[signature]__
                Date                    Signature of Server

__1095 Market St. #511, San Francisco, CA 94103__
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COPY

CENTER FOR BIOLOGICAL DIVERSITY

**SUMMONS IN A CIVIL CASE**

V.

DIRK KEMPTHORNE, Secretary of the
Department of Interior, UNITED STATES
FISH AND WILDLIFE SERVICE

CASE NUMBER  1:06CV02151

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/19/2006

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Snape, III
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Email: bsnape@biologicaldiversity.org, billsnape@earthlink.net

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 1 9 2006
CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/20/2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Miyoko Sakashita | Staff Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _U.S. Certified Mail and Return Receipt Requested._

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Dec 20, 2006_        _/s/ [signature]_
            Date                        Signature of Server

_1095 Market St. #511, San Francisco, CA 94103_
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia



CENTER FOR BIOLOGICAL DIVERSITY

**SUMMONS IN A CIVIL CASE**

V.

DIRK KEMPTHORNE, Secretary of the Department of Interior, UNITED STATES FISH AND WILDLIFE SERVICE

CASE NUMBER   1:06CV02151

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/19/2006

TO: (Name and address of Defendant)

Alberto R. Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Snape, III
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Email: bsnape@biologicaldiversity.org, billsnape@earthlink.net

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            DEC 19 2006
CLERK                                 DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/20/2006 |
| NAME OF SERVER (PRINT) Miyoko Sakashita | TITLE Staff Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): US Certified Mail & Return Receipt requested.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec. 20, 2006              /s/ Sakashita
                 Date                    Signature of Server

                              1095 Market St #511, San Francisco, CA 94103
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. H. Dale Hall, Director
   United States Fish and Wildlife Service
   849 C Street, NW, Room 3256
   MailStop 3238 MIB
   Washington, DC 20240-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ASSISTANT DIRECTOR FOR ENDANGERED SPECIES
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 DEC 2 8 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0005 2945 0738

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dirk Kempthorne
   Secretary of the Interior
   849 C Street, NW
   Washington, D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Maybee                        12/27/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0005 2945 1322

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey A. Taylor
   United States Attorney for the District of Columbia
   555 4th Street, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 DEC 2 6 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0005 2945 1308

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540