# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>    Defendants. | No. 1:06-cv-02151-RMC<br><br>**NOTICE OF APPEARANCE** |

On behalf of Federal Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and the United States Fish and Wildlife Service, the United States enters the appearance of Lawson E. Fite, Trial Attorney, as counsel for this matter. Mr. Fite's contact information is as follows:

<u>U.S. Mail</u>
U.S. Department of Justice
Environment and Natural Resources Division
Ben Franklin Station
P. O. Box 7369
Washington, D.C. 20044-7369

<u>Overnight or Hand Delivery</u>
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
601 D St., N.W.
Room 3708
Washington, D.C. 20004

<u>Telephone</u>
202-305-0217

<u>Facsimile</u>
202-305-0275

<u>Electronic Mail</u>
lawson.fite@usdoj.gov

Dated: January 9, 2007               Respectfully Submitted,

SUE ELLEN WOOLDRIDGE, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Asst. Section Chief

_____/s/ Lawson E. Fite_____
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Federal Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) ) ) Plaintiff, ) ) v. ) ) DIRK KEMPTHORNE, et al., ) ) Defendants. ) | No. 1:06-cv-02151-RMC **CERTIFICATE OF SERVICE** |

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

                                                                                           */s/ Lawson E. Fite*

                                                                                           LAWSON E. FITE