# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | No. 1:06-cv-02151-RMC<br><br>**JOINT STIPULATION AS TO EXTENDED SUMMARY JUDGMENT BRIEFING SCHEDULE** |

      This Stipulation is entered into by and between Plaintiff, Center for Biological Diversity, and Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and the United States Fish and Wildlife Service.

      WHEREAS, on December 19, 2006, Plaintiff filed a Complaint for Declaratory and Injunctive Relief pursuant to the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531-44;

      WHEREAS, Plaintiff, concurrently with this Stipulation, on February 23, 2007, is filing a Motion for Summary Judgment pursuant to Fed R. Civ. P. 56(a);

      WHEREAS, the Parties have throughout the course of this litigation engaged in settlement discussions;

      WHEREAS, the Parties expect that structuring a settlement in this litigation will be a complex endeavor;

      WHEREAS, the deadlines pursuant to L. Civ. R. 7(b) and 7(d) would allow eleven and

five days, respectively, for filing of Response and Reply memoranda to Plaintiff's Motion for Summary Judgment;

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. An extended briefing schedule on Plaintiff's Motion for Summary Judgment is necessary to allow sufficient time for fruitful settlement discussions.

2. The Parties agree that briefing on Plaintiff's Motion for Summary Judgment will proceed as follows:

    a. Plaintiff shall file its Motion for Summary Judgment on February 23, 2007.

    b. Defendants shall file their Response to Plaintiff's Motion on or before March 26, 2007.

    c. Plaintiff shall file its Reply in support of its Motion on or before April 9, 2007.

3. By this agreement the Parties do not waive any substantive claim or defense.

Dated: February 23, 2007         Respectfully Submitted,

   /s/ William Snape
William J. Snape, III (DC Bar # 455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Telephone: (202) 537-3458, (202) 536-9351
Email: bsnape@biologicaldiversity.org

   /s/ Miyoko Sakashita
Miyoko Sakashita (CA Bar #239639)
CENTER FOR BIOLOGICAL DIVERSITY
San Francisco Bay Area Office
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683
Email: miyoko@biologicaldiversity.org
*Pro hac vice*

Attorneys for Plaintiff


MATTHEW J. MCKEOWN, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Asst. Section Chief

          */s/ Lawson E. Fite*
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, Secretary of the ) <br> United States Department of the Interior, and ) <br> the UNITED STATES FISH AND ) <br> WILDLIFE SERVICE, ) <br> ) <br> Defendants. ) | No. 1:06-cv-02151-RMC <br><br> **[PROPOSED] ORDER** |

The Court, having considered the Stipulation filed by the Parties, adopts the following schedule for resolution of Plaintiff's Motion for Summary Judgment:

Plaintiff shall file its Motion for Summary Judgment on February 23, 2007.

Defendants shall file their Response to Plaintiff's Motion on or before March 26, 2007.

Plaintiff shall file its Reply in support of its Motion on or before April 9, 2007.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE