MATTHEW J. MCKEOWN
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
JEAN WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney (Oregon Bar No. 05557)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0217
Facsimile: (202) 305-0275
lawson.fite@usdoj.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. 1:06-cv-02151-RMC |
| Plaintiff, | **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| DIRK KEMPTHORNE, et al., | |
| Defendants. | |

Defendants in the above-entitled action, the United States Fish and Wildlife Service, and Dirk Kempthorne, Secretary of the United States Department of the Interior, hereby move this Court to extend Defendants' time 14 days to file their response to Plaintiff's motion for summary judgment, presently due March 23, 2007, to April 9, 2007. In support of this Motion, Defendants state as follows:

1. The Parties have engaged in settlement discussions throughout the course of this

litigation, and recent settlement discussions have proven to be productive.

2. Defendants request additional time to continue settlement discussions, to allow for the opportunity to reach a mutually acceptable resolution of this matter. If such an agreement were to be reached, it would obviate the need to respond to Plaintiff's pending Motion.

3. No previous continuances or extensions of time have been granted to either party.

4. On the 23rd day of March, 2007, undersigned counsel spoke with counsel for Plaintiff, who indicated Plaintiff does not oppose the extension requested in this Motion.

Wherefore, Defendants pray that this Court enter an order permitting their response to Plaintiff's motion for summary judgment to be filed no later than April 9, 2007.

Dated this 23rd day of March, 2007.	Respectfully submitted,

MATTHEW J. MCKEOWN
Assistant Attorney General
JEAN WILLIAMS, Chief

    /s/ Lawson E. Fite
LAWSON E. FITE, Trial Attorney
Oregon Bar No. 05557
United States Department of Justice
Environment and Natural Resources
    Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0217
(202) 305-0275 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FISH & WILDLIFE SERVICE, et al., <br><br> Defendants. | No. 1:06-cv-02151-RMC |

**[PROPOSED] ORDER**

The Court, having reviewed the Unopposed Motion for an Extension of Time to File Response filed by Defendants, enters the following order:

IT IS ORDERED that the Motion for an Extension of Time is GRANTED. Defendants will file their response to Plaintiff's Motion for Summary Judgment, Docket No. 6, no later than April 9, 2007. In accord with this Court's previous scheduling Order, Plaintiff will file any reply brief by April 23, 2007.

SIGNED this _____ day of _____, 2007.

_____
United States District Judge

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES FISH & WILDLIFE SERVICE, et al.,<br><br>          Defendants. | No. 1:06-cv-02151-RMC |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants' Motion for Extension and Proposed Order was served on this 23rd day of March, 2007, via the CM/ECF system, which will send copies of such to all counsel of record.

                                                   */s/ Lawson E. Fite*
                                                   LAWSON E. FITE