...

William J. Snape, III (DC Bar No. 455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street NW
Washington, DC 20016
Telephone: (202) 537-3458, (202) 536-9351
Email: billsnape@earthlink.net

Miyoko Sakashita (CA Bar #239639)
CENTER FOR BIOLOGICAL DIVERSITY
San Francisco Bay Area Office
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683
Email: miyoko@biologicaldiversity.org
*Pro hac vice*

Attorneys for Plaintiff

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
JEAN WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
LAWSON E. FITE, Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0217
Facsimile: (202) 305-0275
lawson.fite@usdoj.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. 1:06-cv-02151-RMC |
| Plaintiff, | **STIPULATED SETTLEMENT AGREEMENT AND ORDER ON ATTORNEYS' FEES** |
| v. | |
| DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and the UNITED STATES FISH & | |

Stipulated Settlement Agreement and Order on Attorneys' Fees
No. 1:06-cv-02151-RMC                                                                                       1

| | |
|---|---|
| WILDLIFE SERVICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, Center for Biological Diversity ("CBD"), and Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior ("Secretary"), and the U.S. Fish and Wildlife Service ("Service"), by and through their undersigned counsel, state as follows:

WHEREAS, on April 11, 2007, this Court approved the parties' Stipulated Settlement Agreement;

WHEREAS, the Stipulated Settlement Agreement provided that the parties agreed Plaintiff is entitled to reasonable costs of litigation, including attorney's fees, pursuant to 16 U.S.C. § 1540(g)(4);

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. Defendants agree that Plaintiff is the "prevailing party" in this action, and agree to pay Plaintiff reasonable attorneys' fees and costs, pursuant to Section 11(g) of the ESA, 16 U.S.C. § 1540 (g). Therefore, Defendants agree to settle all of Plaintiff's claims for costs and attorneys' fees in the above-captioned litigation for a total of $18,000.00. A check will be made payable in that amount to Center for Biological Diversity and mailed to Plaintiff's undersigned counsel, Miyoko Sakashita, 1095 Market Street, Suite 511, San Francisco, CA 94103.

2. Defendants agree to submit all necessary paperwork for the processing of the attorneys' fee award to the Department of the Treasury's Judgment Fund Office, pursuant to 16 U.S.C. § 1540(g)(4), within ten (10) business days of receipt of the court order approving this stipulation.

3. Plaintiff agrees to accept payment of $18,000.00 in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which Plaintiff is entitled in the above-captioned

litigation, through and including the date of this agreement.

    4. Plaintiff agrees that receipt of this payment from Defendants shall operate as a release of Plaintiff's claims for attorneys' fees and costs in this matter, through and including the date of this agreement.

    5. The parties agree that Plaintiff reserves the right to seek additional fees and costs incurred subsequent to this agreement arising from a need to enforce or defend against efforts to modify the underlying schedule outlined in the Stipulated Settlement Agreement approved by this Court on April 11, 2007, or for any other unforseen continuation of this action.

    6. By this agreement, Defendants do not waive any right to contest fees claimed by Plaintiff or Plaintiff's counsel, including the hourly rate, in any future litigation, or continuation of the present action. Further, this stipulation as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

    7. The parties agree that this Settlement Agreement ("Agreement") was negotiated in good faith and it constitutes a settlement of claims that were vigorously contested, denied, and disputed by the parties. By entering into this Agreement the parties do not waive any claim or defense.

    8. The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the Court's entry of the terms and conditions of this Agreement and do hereby agree to the terms herein.

    9. The terms of this Agreement shall become effective upon entry of an order by the Court ratifying the Agreement.

Dated: April 24, 2007								Respectfully submitted,

    */s/ William J. Snape, III*
WILLIAM J. SNAPE, III

    */s/ Miyoko Sakashita*
MIYOKO SAKASHITA
Center for Biological Diversity

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

    */s/ Lawson E. Fite*
LAWSON E. FITE, Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Environment & Natural Resources Division

**PROPOSED ORDER**

The terms and conditions of this Stipulated Settlement Agreement are hereby adopted as an enforceable ORDER of this Court.

Dated: this _____ day of _____ 2007.

_____
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) No. 1:06-cv-02151-RMC |
| v. | )<br>) |
| DIRK KEMPTHORNE, et al., | )<br>) |
| Defendants. | )<br>)<br>) |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Stipulated Settlement Agreement and [Proposed] Order was served on this 24th day of April, 2007, via the CM/ECF system, on all counsel of record.

                                                */s/ Lawson E. Fite*
                                                LAWSON E. FITE